Macy D. Hanson, Esq. (Miss. Bar No. 104197)
Admitted *Pro Hac Vice*
The Law Office of Macy D. Hanson, PLLC
102 First Choice Drive
Madison, Mississippi  39110
Miss. Bar No. 104197
Telephone: 601-853-9521

Daniel R. Gamez, Esq. (SBN #222578)
GAMEZ LAW FIRM, P.C.
515 South Flower Street, Suite 3600
Los Angeles, California  90071
Telephone: 858-217-5051

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VIVIAN GRIJALVA; EVAN WENDT; JASMINE YOUNG; and ERINN SUDOL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MASON, P.A.; GM LAW FIRM, LLC; KEVIN P. MASON, in his individual capacity; CHANTEL L. GRANT, in her individual capacity; NATIONAL LEGAL STAFFING SUPPORT, LLC; RELIANT ACCOUNT MANAGEMENT (RAM), LLC; RESOLVLY, LLC; GREGORY | Case No.:  8:18-cv-02010-JLS (DFMx)<br><br>Assigned to: Judge Josephine L. Staton<br>Courtroom:  10A, 10th Floor<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

---

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
3240070v.1

| | | |
|---|---|---|
| 1 | FISHMAN, in his individual capacity; ) | |
| 2 | JULIE QUELER, in her individual ) | Date Action Filed: November 9, 2018 |
| 3 | capacity; BENJAMIN ZUCKERMAN, ) in his individual capacity; BERGER ) | |
| 4 | SINGERMAN, LLP; DASZKAL ) BOLTON, LLP; JOHN AND JANE ) | |
| 5 | DOE DEFENDANTS 1-5; and XYZ ) BUSINESS ENTITY DEFENDANTS ) | |
| 6 | 1-5. ) | |
| 7 | Defendant. ) ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Vivian Grijalva, Evan Wendt, Jasmine Young, Erinn Sudol, Jennifer Ackerman, Elizabeth Ripoli, and Jaime Sweat (collectively, "Plaintiffs") hereby dismiss, without prejudice, all claims asserted against Defendant, Daszkal Bolton, LLP.

Dated: January _15, 2019          GAMEZ LAW FIRM

By: */S/Macy D. Hanson*
    MACY D. HANSON
    DANIEL GAMEZ
    Attorneys for Plaintiffs VIVIAN GRIJALVA, EVEN WENDT, JASMINE YOUNG, ERINN SUDOL, JENNIFER ACKERMAN, ELIZABETH RIPOLI, and JAIME SWEAT