|     |     |
| --- | --- |
| 1<br>2<br>3<br>4 | **THE GIMINO LAW OFFICE, APC**<br>Peter J. Gimino III (State Bar No. 198926)<br>1 Park Plaza, Suite 600<br>Irvine, CA 92614<br>Telephone: 949.225.4446<br>Facsimile: 949.225.4447<br>E-mail: pgimino@giminolaw.com |
| 5 | Attorneys for Reliant Account Management, LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIVIAN GRIJALVA; EVAN WENDT; JASMINE YOUNG; ERINN SUDOL; JENNIFER ACKERMAN; ELIZABETH RIPOLI; JAIME SWEAT; JETZEBELL GARCIA; ERICKA ZURA; ZACHARY HODGES; MICHAEL PARI; and ANTHONY PARI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MASON, P.A.; GM LAW FIRM, LLC; KEVIN P. MASON, in his individual capacity; CHANTEL L. GRANT, in her individual capacity; NATIONAL LEGAL STAFFING SUPPORT, LLC; RELIANT ACCOUNT MANAGEMENT (RAM), LLC; RESOLVLY, LLC; GREGORY FISHMAN, in his individual capacity; JULIE QUELER, in her individual capacity; JOHN AND JANE DOE DEFENDANTS 1-5; and XYZ BUSINESS ENTITY DEFENDANTS 1-5,<br><br>Defendants. | Case No. 8:18-cv-02010-JLS-DFM<br><br>Assigned to Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT RELIANT ACCOUNT MANAGEMENT, LLC TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: August 23, 2019<br>Time: 10:30 a.m.<br>Courtroom: 10A |

/ / /

/ / /

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on August 23, 2019 at 10:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 10A of the above-entitled Court located at 411 West 4th Street, Santa Ana, CA 92701, Defendant, Reliant Account Management, LLC ("RAM") will, and hereby does, respectfully move this Court for entry of an order dismissing claims 1-2 and 5 of Plaintiffs' Second Amended Complaint against RAM, with prejudice, pursuant to: (a) Federal Rules of Civil Procedure 8(a) and 10(b) for the failure to set forth a short and plain statement showing that Plaintiffs are entitled to relief from RAM and the failure to adhere to federal pleading requirements; and (b) Federal Rule of Civil Procedure 12(b)(6) for the failure to state a claim upon which relief can be granted against RAM which, as established by the exhibits to the complaint, is an independent third-party payment processor which does not provide any of the complained of legal or debt resolution services and does not have any ownership interest in any law firm or debt resolution company.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and all other pleadings and papers on file in this action, and upon such other documentary and oral evidence as may be presented to the Court at the time of hearing.

This motion is made following the conference of counsel pursuant to Central District Local Rule 7-3 which took place on May 31, 2019.

Dated: June 11, 2019			THE GIMINO LAW OFFICE, APC

				By:	/s/ Peter J. Gimino III
						Peter J. Gimino III

					Attorneys for Reliant Account Management, LLC

# CERTIFICATE OF SERVICE

I certify that on **June 11, 2019,** I electronically filed the foregoing **NOTICE OF MOTION AND MOTION BY DEFENDANT RELIANT ACCOUNT MANAGEMENT, LLC TO DISMISS SECOND AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on **June 11, 2019,** at Irvine, California.

/s/ *Peter J. Gimino III*