# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivian Grijalva, et al <br><br> v. <br><br> Kevin Mason, P.A., et al <br><br> PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER** <br> 8:18-cv-02010 JLS(DFMx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |

**TRANSFER ORDER DECLINED**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____        Consuelo B. Marshall
Date                                      United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

see attached
_____

10/22/19                                 [signature]
Date                                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:18-cv-01110 CBM(FFMx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [ ] Previous Judge   [ ] Statistics Clerk
CV-34 (03/19)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)

## Attachment

Case No. 18-1110 was dismissed prejudice pursuant to the parties' stipulation and the case was closed on October 12, 2018. (Dkt. No. 95.) The cases involve different claims against different defendants and would not entail substantial duplication of labor because the Court did not issue any substantive orders on motions in Case No. 18-1110 before the case was closed.

Accordingly, I decline to transfer Case No. 18-2010 to my calendar.