Macy D. Hanson
Admitted *Pro Hac Vice*
**The Law Office of Macy D. Hanson, PLLC**
102 First Choice Drive
Madison, MS 39110
Miss. Bar No. 104197
Telephone:  601-853-9521

*An Attorney for Plaintiff*

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN GRIJALVA; EVAN WENDT; JASMINE YOUNG; ERINN SUDOL; JENNIFER ACKERMAN; ELIZABETH RIPOLI; JAIME SWEAT; JETZEBELL GARCIA; ERICKA ZURA; ZACHARY HODGES; MICHAEL PARI; and ANTHONY PARI, individually, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN MASON, P.A.; GM LAW FIRM, LLC; KEVIN P. MASON, in his individual capacity; CHANTEL L. GRANT, in her individual capacity; NATIONAL LEGAL STAFFING SUPPORT, LLC; RELIANT ACCOUNT MANAGEMENT (RAM), LLC; RESOLVLY, LLC; GREGORY FISHMAN, in his individual capacity; JULIE QUELER, in her individual capacity; JOHN AND JANE DOE DEFENDANTS 1-5; and XYZ BUSINESS ENTITY DEFENDANTS 1-5, <br><br> Defendants. | Case No. 8:18-cv-02010-MCS (DFMx) <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE** <br><br> Complaint Filed:   November 13, 2018 <br> Final Pretrial Conf.: May 28, 2021 <br> Trial Date:          Not yet set |

Plaintiff Vivian Grijalva ("Grijalva"), on the one hand, and Defendants Kevin Mason, P.A.; GM Law Firm, LLC; Kevin P. Mason; Chantel L. Grant; National Legal Staffing Support, LLC; Resolvly, LLC; Gregory Fishman; and Julie Queler, on the other hand (collectively, "Defendants"), by and through their counsel of record, enter into the following stipulation ("Stipulation").

The attorneys entering into this Stipulation have the requisite authority to speak and act for their respective clients and warrant that the terms of this Stipulation have been discussed with their respective clients and that the clients they represent agree to be bound by the terms of this Stipulation.

**WHEREAS**, Grijalva would like to dismiss all of her claims asserted in this action against all of the Defendants, with prejudice.

**WHEREAS**, Counter-Claimant GM Law Firm, LLC would like to dismiss all of its counter-claims asserted in this action against Grijalva, with prejudice.

**IT IS HEREBY STIPULATED** between and among Grijalva, on the one hand, and Defendants, on the other hand (together with Grijalva, the "Parties"), by and through the undersigned, as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the voluntary dismissal of this entire action **with prejudice**.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned counsel for Grijalva certifies that the content of this document is acceptable to counsel for all Parties, and that the counsel representing all Parties have provided their authorization to affix their electronic signatures to this document.

**IT IS SO STIPULATED.**

*[Signatures set forth on the following pages]*

DATED: January 6, 2021

THE LAW OFFICE OF MACY D. HANSON, PLLC

By  */s/ Macy D. Hanson*
MACY D. HANSON

Attorneys for Plaintiff
VIVIAN GRIJALVA

Dated: January 6, 2021

GAMEZ LAW FIRM, P.C.

By  */s/ Daniel Gamez*
DANIEL GAMEZ

Attorneys for Plaintiff
VIVIAN GRIJALVA

DATED: January 6, 2021

FINLAYSON TOFFER ROOSEVELT & LILLY LLP

By  */s/ Scott B. Lieberman*
SCOTT B. LIEBERMAN

Attorneys for Defendants
NATIONAL LEGAL STAFFING SUPPORT, LLC; RESOLVLY; LLC, GREGORY FISHMAN and JULIE QUELER

DATED: January 6, 2021

CLEMENT AND HO, APLC

By  */s/ Randall J. Clement*
RANDALL J. CLEMENT

Attorneys for Defendant and Counterclaimant
GM LAW FIRM, LLC and Defendant
CHANTEL L. GRANT

1  DATED: January 6, 2021

2                              SKANE WILCOX LLP

4                              By      */s/ Joel P. Glazer*
5                                       JOEL P. GLAZER

6                              Attorneys for Defendants
7                              KEVIN MASON, P.A. and KEVIN P. MASON

<u>CERTIFICATE OF SERVICE</u>

On January 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2021, at Madison, Mississippi.

*/s/ Macy D. Hanson*
MACY D. HANSON