JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN GRIJALVA; EVAN WENDT; JASMINE YOUNG; ERINN SUDOL; JENNIFER ACKERMAN; ELIZABETH RIPOLI; JAIME SWEAT; JETZEBELL GARCIA; ERICKA ZURA; ZACHARY HODGES; MICHAEL PARI; and ANTHONY PARI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MASON, P.A.; GM LAW FIRM, LLC; KEVIN P. MASON, in his individual capacity; CHANTEL L. GRANT, in her individual capacity; NATIONAL LEGAL STAFFING SUPPORT, LLC; RELIANT ACCOUNT MANAGEMENT (RAM), LLC; RESOLVLY, LLC; GREGORY FISHMAN, in his individual capacity; JULIE QUELER, in her individual capacity; JOHN AND JANE DOE DEFENDANTS 1-5; and XYZ BUSINESS ENTITY DEFENDANTS 1-5,<br><br>Defendants. | Case No. 8:18-cv-02010-MCS (DFMx)<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

# ORDER

Upon review of the Parties' Stipulation for Voluntary Dismissal of All Claims with Prejudice, and for good cause appearing therefore:

It is hereby ordered that this entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 8, 2021

_____
HON. MARK C. SCARSI
United States District Judge